**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**One Bowling Green**
**New York, NY 10004–1408**

---

| | |
|---|---|
| IN RE: Mallett Inc. | CASE NO.: 21–11619–jlg |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: 02–0566203 | CHAPTER: 11 |

---

# NOTICE TO ALL CREDITORS AND INTERESTED PARTIES

Please be advised that all matters scheduled for 2/14/2023 have been adjourned to 3/28/2023 at 10:00 a.m.(ET).

Dated: January 31, 2023                           Vito Genna
                                                  Clerk of the Court