# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK
**One Bowling Green**
**New York, NY 10004–1408**

---

| | |
|---|---|
| IN RE: Mallett Inc. | CASE NO.: 21–11619–jlg |
| Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>02–0566203 | CHAPTER: 11 |

---

## NOTICE TO ALL CREDITORS AND INTERESTED PARTIES

Please be advised that all matters scheduled for 9/26/2023 have been adjourned to 10/24/2023 at 10:00 a.m.(ET) via CourtSolutions.

Please register at www.court−solutions.com.

Dated: September 24, 2023                                       Vito Genna
                                                                Clerk of the Court