| Fill in this information to identify the case: |
|---|
| Debtor Name: Mallett Inc |
| United States Bankruptcy Court for the: Southern District of New York |
| Case number: 21-11619 |

☐ Check if this is an amended filing

## Official Form 425C

### Monthly Operating Report for Small Business Under Chapter 11       12/17

Month: July 2023         Date report filed: _____  MM/DD/YYYY

Line of business: _____         NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: 
Original signature of responsible party: *[signature]*
Printed name of responsible party: Graham Shircore

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☐ | ☑ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☐ | ☑ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☐ | ☐ | ☑ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Official Form 425C       Monthly Operating Report for Small Business Under Chapter 11       page 1

Debtor Name Mallett Inc    Case number 21-11619

17. Have you paid any bills you owed before you filed bankruptcy?  ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 509,304.51

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.    $ 0.00

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.    − $ 0.00

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ 0.00

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    = $ 509,304.51

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**    $ 25,992.00

    *(Exhibit E)*

Debtor Name  Mallett Inc                                          Case number 21-11619

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                                              $ _____0.00_____

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                                                0
27. What is the number of employees as of the date of this monthly report?                                   0

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?          $ _____0.00_____
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ _____0.00_____
30. How much have you paid this month in other professional fees?                                    $ _____0.00_____
31. How much have you paid in total other professional fees since filing the case?                   $ _____0.00_____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | *Column A* <br> **Projected** <br> Copy lines 35-37 from the previous month's report. | − | *Column B* <br> **Actual** <br> Copy lines 20-22 of this report. | = | *Column C* <br> **Difference** <br> Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 0.00 | − | $ 0.00 | = | $ 0.00 |
| 33. **Cash disbursements** | $ 0.00 | − | $ 0.00 | = | $ 0.00 |
| 34. **Net cash flow** | $ 0.00 | − | $ 0.00 | = | $ 0.00 |

35. Total projected cash receipts for the next month:                                                    $ _____0.00_____
36. Total projected cash disbursements for the next month:                                             − $ _____0.00_____
37. Total projected net cash flow for the next month:                                                  = $ _____0.00_____

Debtor Name Mallett Inc                                           Case number 21-11619

### 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- [x] 39. Bank reconciliation reports for each account.
- [x] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- [ ] 41. Budget, projection, or forecast reports.
- [ ] 42. Project, job costing, or work-in-progress reports.

# Mallet Inc - Chapter 11
## Profit and Loss
### From 1 July 2023 to 31 July 2023

| Financial Row | Total Amount |
|---|---|
| **Ordinary Income/Expense** | |
|   Income | |
|     56100 - Rental income | $0.00 |
|   **Total - Income** | **$0.00** |
|   **Gross Profit** | **$0.00** |
|   Expense | |
|     75000 - Legal and professional | |
|       75150 - Tax fees | $0.00 |
|       75300 - Other professional fees | $0.00 |
|     **Total - 75000 - Legal and professional** | **$0.00** |
|     76000 - IT | |
|       76300 - Phone | $0.00 |
|     **Total - 76000 - IT** | **$0.00** |
|     77000 - Establishment & admin | |
|       77100 - Establishment | |
|         77120 - Rates | $0.00 |
|         77140 - Electricity | $0.00 |
|         77150 - Gas & oil | $0.00 |
|         77160 - Repairs & maintenance | $0.00 |
|         77200 - Insurance | $0.00 |
|       **Total - 77100 - Establishment** | **$0.00** |
|       77500 - Admin | |
|         77580 - Miscellaneous Expenses | $0.00 |
|       **Total - 77500 - Admin** | **$0.00** |
|     **Total - 77000 - Establishment & admin** | **$0.00** |
|     79000 - Depreciation | |
|       79200 - Leasehold depreciation | $0.00 |
|       79800 - IFRS 16 Asset depreciation | $0.00 |
|     **Total - 79000 - Depreciation** | **$0.00** |
|     84000 - Exceptional Costs | |
|       84100 - Corporate Fees | $0.00 |
|     **Total - 84000 - Exceptional Costs** | **$0.00** |
|   **Total - Expense** | **$0.00** |
| **Net Ordinary Income** | **$0.00** |
| **Other Income and Expenses** | |
|   Other Expense | |
|     82000 - Interest expense | |
|       82900 - Other interest paid | $0.00 |
|     **Total - 82000 - Interest expense** | **$0.00** |
|     Unrealized Gain/Loss | $0.00 |
|   **Total - Other Expense** | **$0.00** |
| **Net Other Income** | **$0.00** |
| **Net Income** | **$0.00** |

Mallett Inc – 21-11619 – July 2023

**Exhibit A**

Bills that have not been paid are for our professional adviser Mazars who prepare company tax returns.

|  | Mallet Inc<br>Balance Sheet | Mallet Inc<br>Balance Sheet<br>End of June 2023 | Mallet Inc<br>Balance Sheet<br>End of July 2023 | Movement<br>In month | |
|---|---|---|---|---|---|
| Financial Row |  | Amount | Amount |  |  |
| ASSETS |  |  |  |  |  |
| Current Assets |  |  |  |  |  |
| Bank |  |  |  |  |  |
| DIP account |  | $3,509,444.19 | $3,509,444.19 | $0.00 | |
| 28605 - CBRE Property Account |  |  |  | $0.00 | |
| 28695 - LBB IOLTA |  |  |  | $0.00 | |
| **Total Bank** |  | **$3,509,444.19** | **$3,509,444.19** | **$0.00** | |
| Accounts Receivable |  |  |  |  |  |
| 25000 - Intercompany Debtor |  |  |  |  |  |
| 25135 - Owed from SG Ltd (Non NS) |  | $30,927.66 | $30,927.66 | $0.00 | Intergroup debtors |
| 25260 - Owed from TFAAG (Non NS) |  | $4,816.65 | $4,816.65 | $0.00 | Intergroup debtors |
| 25290 - Owed from AHB (Non NS) |  | $6,000.00 | $6,000.00 | $0.00 | Intergroup debtors |
| 25375 - Owed from Milsom Street Limited (MAS) (Non |  | $13,122.00 | $13,122.00 | $0.00 | Intergroup debtors |
| Total - 25000 - Intercompany Debtor |  | $54,866.31 | $54,866.31 | $0.00 | |
| **Total Accounts Receivable** |  | **$54,866.31** | **$54,866.31** | **$0.00** | |
| Other Current Asset |  |  |  |  |  |
| 23000 - Prepayments |  |  |  |  |  |
| 23100 - Rent & rates |  | $56,665.70 | $56,665.70 | $0.00 | Prepayment re property taxes |
| Total - 23000 - Prepayments |  | $56,665.70 | $56,665.70 | $0.00 | |
| 24000 - Other debtors |  |  |  |  |  |
| 24600 - Sundry Debtors |  | $120,796.33 | $120,796.33 | $0.00 | Rent deposit with 929 Madison & utility deposits |
| 24850 - Provision for Bad Debts |  | ($120,796.33) | ($120,796.33) | $0.00 | Provision against above |
| Total - 24000 - Other debtors |  | $0.00 | $0.00 | $0.00 | |
| 24500 - IFRS 16 RoU Asset |  | $3,653,635.25 | $3,653,635.25 | $0.00 | Right of use asset - IFRS 156 accounting |
| **Total Other Current Asset** |  | **$3,710,300.95** | **$3,710,300.95** | **$0.00** | |
| **Total Current Assets** |  | **$7,274,611.45** | **$7,274,611.45** | **$0.00** | |
| Fixed Assets |  |  |  |  |  |
| 13000 - Leasehold |  |  |  |  |  |
| 13100 - Leasehold cost |  | $4,159,921.78 | $4,159,921.78 | $0.00 | Leasehld improvements, fittings etc 929 Madison avanue |
| 13150 - Leasehold accumulative depreciation |  | ($3,090,587.66) | ($3,090,587.66) | $0.00 | |
| Total - 13000 - Leasehold |  | $1,069,334.12 | $1,069,334.12 | $0.00 | |
| 15000 - Vehicles and plant & machinery |  |  |  |  |  |
| 15200 - Plant and machinery cost |  | $19,878.30 | $19,878.30 | $0.00 | |
| 15250 - Plant and machinery accumulative depreciation |  | ($19,878.30) | ($19,878.30) | $0.00 | |
| Total - 15000 - Vehicles and plant & machinery |  | $0.00 | $0.00 | $0.00 | |
| **Total Fixed Assets** |  | **$1,069,334.12** | **$1,069,334.12** | **$0.00** | |
| **Total ASSETS** |  | **$8,343,945.57** | **$8,343,945.57** | **$0.00** | |
| Liabilities & Equity |  |  |  |  |  |
| Current Liabilities |  |  |  |  |  |
| Accounts Payable |  |  |  |  |  |
| 32000 - Accounts Payable (Combined) |  |  |  |  |  |
| 32100 - Accounts Payable |  | $64,089.01 | $64,089.01 | $0.00 | Third party creditors |
| Total - 32000 - Accounts Payable (Combined) |  | $64,089.01 | $64,089.01 | $0.00 | |
| 35000 - Intercompany Creditor |  |  |  |  |  |
| 35105 - Owed to SG Group (Non NS) |  | ($2,658.16) | ($2,658.16) | $0.00 | Intergroup creditors |
| 35135 - Owed to SG Ltd (Non NS) |  | $305,432.21 | $305,432.21 | $0.00 | Intergroup creditors |
| 35260 - Owed to TFAAG (Non NS) |  | $712,857.50 | $712,857.50 | $0.00 | Intergroup creditors |
| 35270 - Owed to Maffett (Non NS) |  | $6,625,839.94 | $6,625,839.94 | $0.00 | Intergroup creditors |
| 35370 - Owed to Milsom Street Limited (MAS) (Non N |  | $215,156.67 | $215,156.67 | $0.00 | Intergroup creditors |
| 35380 - Owed to Dover Street Limited (MLTD) (Non N |  | $72,410.44 | $72,410.44 | $0.00 | Intergroup creditors |
| 35385 - Owed to Octagon Chapel (MOS) (Non NS) |  | $3,959,176.72 | $3,959,176.72 | $0.00 | Intergroup creditors |
| 35390 - Owed to Maffett Domains (Non NS) |  | $1,000.00 | $1,000.00 | $0.00 | Intergroup creditors |
| Total - 35000 - Intercompany Creditor |  | $11,889,215.42 | $11,889,215.42 | $0.00 | |
| **Total Accounts Payable** |  | **$11,953,304.43** | **$11,953,304.43** | **$0.00** | |
| **Total Current Liabilities** |  | **$11,953,304.43** | **$11,953,304.43** | **$0.00** | |
| Long Term Liabilities |  |  |  |  |  |
| 34700 - IFRS 16 Lease Liability |  | $5,962,437.33 | $5,962,437.33 | $0.00 | Full term lease liability to Feb 27 - for IFRS 16 purposes |
| **Total Long Term Liabilities** |  | **$5,962,437.33** | **$5,962,437.33** | **$0.00** | |
| Equity |  |  |  |  |  |
| 42000 - Ordinary Share Capital |  | $500,000.00 | $500,000.00 | $0.00 | |
| Retained Earnings |  | ($11,290,396.89) | ($11,290,396.89) | $0.00 | |
| Net Income |  | $1,218,680.80 | $1,218,680.80 | $0.00 | |
| **Total Equity** |  | **($9,571,796.19)** | **($9,571,796.19)** | **$0.00** | |
| **Total Liabilities & Equity** |  | **$8,343,945.57** | **$8,343,945.57** | **$0.00** | |

**Exhibit E - Unpaid Bills**

Jul-23

| | $ Due | | |
|---|---|---|---|
| New Your State - Department of Taxation and Finance | 375.00 | | Tax installment payment (Mandatory) for period 31 March 2021 |
| Mazars | 5,085.00 | 31-Dec-21 | Professional fees related to 2021 Tax returns |
| Mazars | 11,350.00 | 31-Jan-22 | Professional fees related to 2021 Tax returns |
| Mazars | 8,035.00 | 28-Feb-22 | Professional fees related to 2021 Tax returns |
| Mazars | 1,147.00 | 31-Mar-22 | Professional fees related to 2021 Tax returns |
| **Total expenses** | 25,992.00 | | |



**Flagstar Bank, N.A.**

565 Fifth Avenue
New York, New York 10017

**Statement Period**
From July   01, 2023
To   July    31, 2023
Page 1 of 2



000000603 M2699SES080123124411 01 000000 002109 002
MALLETT INC DIP
DEBTOR IN POSSESSION
CASE NUMBER 21-11619
C/O LESTER BLECKNER & SHAW LLP
350 FIFTH AVE SUITE 3301
NEW YORK NY 10118        999

PRIVATE CLIENT GROUP 264
50 WEST 57TH STREET
NEW YORK, NY 10019

See Back for Important Information

Primary Account: ▒▒▒▒4664   0

IMPORTANT MESSAGE ABOUT IDENTITY THEFT! FLAGSTAR BANK, N.A. WILL NEVER ASK YOU TO PROVIDE PERSONAL OR BUSINESS ACCOUNT INFORMATION THROUGH E-MAIL. IF YOU RECEIVE ANY E-MAIL OR OTHER INQUIRY THAT APPEARS TO COME FROM FLAGSTAR BANK, N.A., DO NOT RESPOND TO IT OR CLICK ON ANY LINKS INCLUDED IN THE E-MAIL. INSTEAD, CALL US TOLL-FREE AT 1-866-744-5463 OR CONTACT YOUR ACCOUNT OFFICER. FOR MORE INFORMATION ON IDENTITY THEFT, VISIT OUR WEBSITE AT WWW.SIGNATURENY.COM. CLICK ON "ABOUT US", "PRIVACY & SECURITY", "IDENTITY THEFT" FOR MORE INFORMATION ON SAFEGUARDING YOUR IDENTITY AND PERSONAL INFORMATION.

| Signature Relationship Summary | | | Opening Bal. | Closing Bal. |
|---|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | | |
| ▒▒▒4664 | BANKRUPTCY CHECKING | | 3,509,304.51 | 3,509,304.51 |
| | RELATIONSHIP | TOTAL | | 3,509,304.51 |





Statement Period
From July    01, 2023
To  July    31, 2023
Page 2 of 2

MALLETT INC DIP
DEBTOR IN POSSESSION
CASE NUMBER 21-11619
C/O LESTER BLECKNER & SHAW LLP
350 FIFTH AVE SUITE 3301
NEW YORK NY 10118        999

PRIVATE CLIENT GROUP 264
50 WEST 57TH STREET
NEW YORK, NY 10019

Primary Account:    4664    0

BANKRUPTCY CHECKING                    4664

Summary

| | |
|---|---|
| Previous Balance as of July 01, 2023 | 3,509,304.51 |
| There was no deposit activity during this statement period | |
| Ending Balance as of July 31, 2023 | 3,509,304.51 |


