**Fill in this information to identify the case:**

Debtor Name: Mallett Inc

United States Bankruptcy Court for the: Southern District of New York

Case number: 21-11619

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11                           12/17

Month: August 2023                              Date report filed: _____
                                                                  MM / DD / YYYY
Line of business: _____          NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:
Original signature of responsible party: _____[signature]_____
Printed name of responsible party: Graham Shircore

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| | | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☐ | ☑ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☐ | ☑ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☐ | ☐ | ☑ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| | | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Mallett Inc                                              Case number 21-11619

17. Have you paid any bills you owed before you filed bankruptcy?                    ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?    ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**                                          $ 509,304.51

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.                                           $ 0.00

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.                                           − $ 0.00

22. **Net cash flow**                                                                 + $ 0.00

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**                                          = $ 509,304.51

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**                                                                $ 25,992.00

    *(Exhibit E)*

Debtor Name __Mallett Inc_____   Case number __21-11619_____

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**         $ _____0.00

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?         _____0
27. What is the number of employees as of the date of this monthly report?         _____0

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?         $ _____0.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?         $ _____0.00
30. How much have you paid this month in other professional fees?         $ _____0.00
31. How much have you paid in total other professional fees since filing the case?         $ _____0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A<br>**Projected**<br>Copy lines 35-37 from the previous month's report. | — | Column B<br>**Actual**<br>Copy lines 20-22 of this report. | = | Column C<br>**Difference**<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ _____ | — | $ _____ | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | — | $ _____ | = | $ _____ |
| 34. **Net cash flow** | $ _____ | — | $ _____ | = | $ _____ |

35. Total projected cash receipts for the next month:         $ _____
36. Total projected cash disbursements for the next month:      − $ _____
37. Total projected net cash flow for the next month:          = $ _____

Debtor Name Mallett Inc                                           Case number 21-11619

# 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

- [x] 39. Bank reconciliation reports for each account.

- [x] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

- [ ] 41. Budget, projection, or forecast reports.

- [ ] 42. Project, job costing, or work-in-progress reports.

## Mallet Inc - Chapter 11
## Profit and Loss
## From 1 August 2023 to 31 August 2023

| Financial Row | Total Amount |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| 56100 - Rental income | $0.00 |
| **Total - Income** | **$0.00** |
| **Gross Profit** | **$0.00** |
| **Expense** | |
| **75000 - Legal and professional** | |
| 75150 - Tax fees | $0.00 |
| 75300 - Other professional fees | $0.00 |
| **Total - 75000 - Legal and professional** | **$0.00** |
| **76000 - IT** | |
| 76300 - Phone | $0.00 |
| **Total - 76000 - IT** | **$0.00** |
| **77000 - Establishment & admin** | |
| **77100 - Establishment** | |
| 77120 - Rates | $0.00 |
| 77140 - Electricity | $0.00 |
| 77150 - Gas & oil | $0.00 |
| 77160 - Repairs & maintenance | $0.00 |
| 77200 - Insurance | $0.00 |
| **Total - 77100 - Establishment** | **$0.00** |
| **77500 - Admin** | |
| 77580 - Miscellaneous Expenses | $0.00 |
| **Total - 77500 - Admin** | **$0.00** |
| **Total - 77000 - Establishment & admin** | **$0.00** |
| **79000 - Depreciation** | |
| 79200 - Leasehold depreciation | $0.00 |
| 79800 - IFRS 16 Asset depreciation | $0.00 |
| **Total - 79000 - Depreciation** | **$0.00** |
| **84000 - Exceptional Costs** | |
| 84100 - Corporate Fees | $0.00 |
| **Total - 84000 - Exceptional Costs** | **$0.00** |
| **Total - Expense** | **$0.00** |
| **Net Ordinary Income** | **$0.00** |
| **Other Income and Expenses** | |
| **Other Expense** | |
| **82000 - Interest expense** | |
| 82900 - Other interest paid | $0.00 |
| **Total - 82000 - Interest expense** | **$0.00** |
| Unrealized Gain/Loss | $0.00 |
| **Total - Other Expense** | **$0.00** |
| **Net Other Income** | **$0.00** |
| **Net Income** | **$0.00** |

|  | Mallet Inc<br>Balance Sheet<br>End of July 2023 | Mallet Inc<br>Balance Sheet<br>End of August 2023 | Movement<br>in month |  |
|---|---:|---:|---:|---|
| Financial Row | Amount | Amount |  |  |
| ASSETS |  |  |  |  |
|   Current Assets |  |  |  |  |
|     Bank |  |  |  |  |
|       DIP account | $3,509,444.19 | $3,509,444.19 | $0.00 |  |
|       28695 - CBRE Property Account |  |  | $0.00 |  |
|       28696 - LSB IOLTA |  |  | $0.00 |  |
|     Total Bank | $3,509,444.19 | $3,509,444.19 | $0.00 |  |
|     Accounts Receivable |  |  |  |  |
|       25000 - Intercompany Debtor |  |  |  |  |
|         25135 - Owed from SG Ltd (Non NS) | $30,927.66 | $30,927.66 | $0.00 | Intergroup debtors |
|         25260 - Owed from TFAAG (Non NS) | $4,816.65 | $4,816.65 | $0.00 | Intergroup debtors |
|         25290 - Owed from AHB (Non NS) | $6,000.00 | $6,000.00 | $0.00 | Intergroup debtors |
|         25375 - Owed from Milsom Street Limited (MAS) | $13,122.00 | $13,122.00 | $0.00 | Intergroup debtors |
|       Total - 25000 - Intercompany Debtor | $54,866.31 | $54,866.31 | $0.00 |  |
|     Total Accounts Receivable | $54,866.31 | $54,866.31 | $0.00 |  |
|     Other Current Asset |  |  |  |  |
|       23000 - Prepayments |  |  |  |  |
|         23100 - Rent & rates | $56,665.70 | $56,665.70 | $0.00 | Prepayment re property taxes |
|       Total - 23000 - Prepayments | $56,665.70 | $56,665.70 | $0.00 |  |
|       24000 - Other debtors |  |  |  |  |
|         24800 - Sundry Debtors | $120,796.33 | $120,796.33 | $0.00 | Rent deposit with 929 Madison & utility deposits |
|         24850 - Provision for Bad Debts | ($120,796.33) | ($120,796.33) | $0.00 | Provision against above |
|       Total - 24000 - Other debtors | $0.00 | $0.00 | $0.00 |  |
|       24550 - IFRS 16 RoU Asset | $3,653,635.25 | $3,653,635.25 | $0.00 | Right of use asset - IFRS 156 accounting |
|     Total Other Current Asset | $3,710,300.95 | $3,710,300.95 | $0.00 |  |
|   Total Current Assets | $7,274,611.45 | $7,274,611.45 | $0.00 |  |
|   Fixed Assets |  |  |  |  |
|     13000 - Leasehold |  |  |  |  |
|       13100 - Leasehold cost | $4,159,921.78 | $4,159,921.78 | $0.00 | Leasehld improvements, fittings etc 929 Madison aveneue |
|       13150 - Leasehold accumulative depreciation | ($3,090,587.66) | ($3,090,587.66) | $0.00 |  |
|     Total - 13000 - Leasehold | $1,069,334.12 | $1,069,334.12 | $0.00 |  |
|     15000 - Vehicles and plant & machinery |  |  |  |  |
|       15200 - Plant and machinery cost | $19,878.30 | $19,878.30 | $0.00 |  |
|       15250 - Plant and machinery accumulative deprecia | ($19,878.30) | ($19,878.30) | $0.00 |  |
|     Total - 15000 - Vehicles and plant & machinery | $0.00 | $0.00 | $0.00 |  |
|   Total Fixed Assets | $1,069,334.12 | $1,069,334.12 | $0.00 |  |
| Total ASSETS | $8,343,945.57 | $8,343,945.57 | $0.00 |  |
| Liabilities & Equity |  |  |  |  |
|   Current Liabilities |  |  |  |  |
|     Accounts Payable |  |  |  |  |
|       32000 - Accounts Payable (Combined) |  |  |  |  |
|         32100 - Accounts Payable | $64,089.01 | $64,089.01 | $0.00 | Third party creditors |
|       Total - 32000 - Accounts Payable (Combined) | $64,089.01 | $64,089.01 | $0.00 |  |
|       35000 - Intercompany Creditor |  |  |  |  |
|         35105 - Owed to SG Group (Non NS) | ($2,658.16) | ($2,658.16) | $0.00 | Intergroup creditors |
|         35135 - Owed to SG Ltd (Non NS) | $305,432.21 | $305,432.21 | $0.00 | Intergroup creditors |
|         35260 - Owed to TFAAG (Non NS) | $712,857.60 | $712,857.60 | $0.00 | Intergroup creditors |
|         35270 - Owed to Mallett (Non NS) | $6,625,839.94 | $6,625,839.94 | $0.00 | Intergroup creditors |
|         35370 - Owed to Milsom Street Limited (MAS) (N | $215,156.67 | $215,156.67 | $0.00 | Intergroup creditors |
|         35380 - Owed to Dover Street Limited (MLTD) (N | $72,410.44 | $72,410.44 | $0.00 | Intergroup creditors |
|         35385 - Owed to Octagon Chapel (MOS) (Non N | $3,959,176.72 | $3,959,176.72 | $0.00 | Intergroup creditors |
|         35390 - Owed to Mallett Dormants (Non NS) | $1,000.00 | $1,000.00 | $0.00 | Intergroup creditors |
|       Total - 35000 - Intercompany Creditor | $11,889,215.42 | $11,889,215.42 | $0.00 |  |
|     Total Accounts Payable | $11,953,304.43 | $11,953,304.43 | $0.00 |  |
|   Total Current Liabilities | $11,953,304.43 | $11,953,304.43 | $0.00 |  |
|   Long Term Liabilities |  |  |  |  |
|     34700 - IFRS 16 Lease Liability | $5,962,437.33 | $5,962,437.33 | $0.00 | Full term lease liability to Feb 27 - for IFRS 16 purposes. |
|   Total Long Term Liabilities | $5,962,437.33 | $5,962,437.33 | $0.00 |  |
|   Equity |  |  |  |  |
|     42300 - Ordinary Share Capital | $500,000.00 | $500,000.00 | $0.00 |  |
|     Retained Earnings | ($11,290,396.99) | ($11,290,396.99) | $0.00 |  |
|     Net Income | $1,218,600.80 | $1,218,600.80 | $0.00 |  |
|   Total Equity | ($9,571,796.19) | ($9,571,796.19) | $0.00 |  |
| Total Liabilities & Equity | $8,343,945.57 | $8,343,945.57 | $0.00 |  |

**Mallett Inc – 21-11619 – August 2023**

**Exhibit A**

Bills that have not been paid are for our professional adviser Mazars who prepare company tax returns.

Aug-23

**Exhibit E - Unpaid Bills**

| | $ Due | | |
|---|---|---|---|
| New Your State - Department of Taxation and Finance | 375.00 | | Tax installment payment (Mandatory) for period 31 March 2021 |
| Mazars | 5,085.00 | 31-Dec-21 | Professional fees related to 2021 Tax returns |
| Mazars | 11,350.00 | 31-Jan-22 | Professional fees related to 2021 Tax returns |
| Mazars | 8,035.00 | 28-Feb-22 | Professional fees related to 2021 Tax returns |
| Mazars | 1,147.00 | 31-Mar-22 | Professional fees related to 2021 Tax returns |
| **Total expenses** | 25,992.00 | | |

```
SIGNATURE BANK                                         From August    01, 2023
565 Fifth Avenue, 12th Floor                           To   August    31, 2023
New York, NY 10017                                     Page    1 of      2

                                                       PRIVATE CLIENT GROUP 264
                                                       50 WEST 57TH STREET
                                                       NEW YORK, NY 10019


    MALLETT INC DIP                      8-264
    DEBTOR IN POSSESSION
    CASE NUMBER 21-11619
    C/O LESTER BLECKNER & SHAW LLP
    350 FIFTH AVE SUITE 3301                           See Back for Important Information
    NEW YORK NY  10118              999

                                               Primary Account:       4664          0

    BEGINNING AUGUST 9TH, SIGNATURE INTERNET BANKING WILL BECOME
    FLAGSTAR COMMERCI   RIVATE INTERNET BANKING. LOG IN AT
    FLAGSTAR.COM/COMMERCIAL-PRIVATE AND YOU WILL BE ABLE TO
    USE THE SAME LOGIN CREDENTIALS THAT YOU HAVE BEEN USING
    FOR SIGNATURE INTERNET BANKING.

Signature Relationship Summary                 Opening Bal.           Closing Bal.
BANK DEPOSIT ACCOUNTS
    4664       BANKRUPTCY CHECKING             3,509,304.51           3,509,304.51

           RELATIONSHIP         TOTAL                                 3,509,304.51
```

**SIGNATURE BANK**
565 Fifth Avenue, 12th Floor
New York, NY 10017

From August    01, 2023
To   August    31, 2023
Page      2 of      2

PRIVATE CLIENT GROUP 264
50 WEST 57TH STREET
NEW YORK, NY 10019

```
MALLETT INC DIP                              8-264
DEBTOR IN POSSESSION
CASE NUMBER 21-11619
C/O LESTER BLECKNER & SHAW LLP
350 FIFTH AVE SUITE 3301
NEW YORK NY   10118             999
```

See Back for Important Information

Primary Account: ████4664              0

BANKRUPTCY CHECKING         ████4664

Summary

Previous Balance as of August    01, 2023                                3,509,304.51
There was no deposit activity during this statement period
Ending Balance as of    August    31, 2023                               3,509,304.51