

**Joshua S. Bauchner, Esq.**
3 Becker Farm Road, Suite 105
Roseland, New Jersey 07068
jbauchner@mblawfirm.com
T: (973) 607-1269
F: (973) 325-7467

November 3, 2023

<u>**VIA E-COURTS**</u>
Honorable James L. Garrity Jr.
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004
Attn: Willie Rodriques, Courtroom Deputy

    **Re:**   **IN RE: Mallett Inc.**
       **Case No.: 21-11619-jlg**

Dear Judge Garrity:

  This firm represents creditor 929 Madison Avenue LLC in the above referenced bankruptcy proceeding. Please accept this letter as our request to withdraw Document #151, Substitution of Attorney from the docket. While I have changed firms, I am still the attorney of record for 929 Madison Avenue LLC and respectfully request the Court update its records accordingly.

  Thank you.

                Respectfully,

                By: */s/ Joshua S. Bauchner*
                  JOSHUA S. BAUCHNER

JSB/hn
cc:   Counsel (via E-Courts)